| FORM B1 | United States Bankruptcy Court<br>DISTRICT OF KANSAS | Voluntary Petition |
|---|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Arthur, Nathan James | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Arthur, Kary DeLynn |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>Kary DeLynn Bayless |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>xxx-xx-1088 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>xxx-xx-9246 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>37630 West 87th<br>De Soto, KS 66018 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>37630 West 87th<br>De Soto, KS 66018 |
| County of Residence or of the Principal Place of Business:   Johnson | County of Residence or of the Principal Place of Business:   Johnson |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| | |
|---|---|
| Location of Principal Assets of Business Debtor (if different from street address above): | Attorney:  Neal E. Fowles, 14163<br>          115 South Kansas Avenue<br>          Olathe, Kansas 66061  ph: (913) 782-1100 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

[✓] Individual(s)          [ ] Railroad
[ ] Corporation        [ ] Stockbroker
[ ] Partnership        [ ] Commodity Broker
[ ] Other_____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

[✓] Chapter 7      [ ] Chapter 11      [ ] Chapter 13
[ ] Chapter 9      [ ] Chapter 12
[ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

[✓] Consumer/Non-Business      [ ] Business

**Filing Fee** (Check one box)

[✓] Full Filing Fee attached
[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101.
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**04-21177**

| Estimated Number of Creditors | 1-15 | 16-49 [✓] | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 [✓] | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 [✓] | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|

FILED US BANKRUPTCY COURT DISTRICT OF KANSAS 2004 MAR 26 P 1: 22

Bankruptcy2000 ©1991-98, New Hope Software, Inc - 30715

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Nathan James Arthur & Kary DeLynn Arthur | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    NONE | Case Number | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of the Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>   NONE | Case Number | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of Debtor (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br>03/24/04<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br>NEAL E. FOWLES 14163<br>Printed Name of Attorney for Debtor(s)<br><br>_____<br>Firm Name<br>115 South Kansas Avenue<br>_____<br>Address<br>Olathe, Kansas 66061<br>_____<br>(913) 782-1100<br>Telephone Number<br>3-26-04<br>Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br>X _____<br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commision pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br>Exhibit A is attached and made a part of this petition. | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>_____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date |
|---|---|

| **Exhibit B**<br>(To be completed if the debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 or title 11, United States Code, and have explained the relief available under each such chapter.<br>X _____ 3-26-04<br>Signature of Attorney for Debtor(s)    Date | A bankruptcy petition prepare's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156. |
|---|---|

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

In re ___Nathan James Arthur & Kary DeLynn Bayless-Arthur___ Case No. _____
            Debtor                       (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 25-12-21 W 1/2 SE 1/4 SE 1/4 5 ACRES M/L<br><br>37630 West 87th | | J | 145,000.00 | Exceeds FMV |
| | | Total ▶ | 145,000.00 | |

(Report also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

Nathan James Arthur & Kary DeLynn Bayless-Arthur

In re _____     Case No. _____
                  Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account<br><br>Commerce Bank<br>Olathe, KS | J | 0.00 |
| | | Savings account<br><br>Commerce Bank<br>Olathe, KS | J | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Furniture and electronics | J | 1,100.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Wearing apparel | J | 500.00 |
| 7.  Furs and jewelry. | | | | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc.  -  30715

Nathan James Arthur & Kary DeLynn Bayless-Arthur

In re _____ Case No. _____
                                    Debtor                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Wedding bands | J | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

In re Nathan James Arthur & Kary DeLynn Bayless-Arthur

Debtor

Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Ford Windstar | J | 1,800.00 |
| | | Mercury Mystique | J | 2,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

____0____ continuation sheets attached

Total ► $ 6,400.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

FORM B6C
(6/90)

Nathan James Arthur & Kary DeLynn Bayless-Arthur

In re _____    Case No _____
                    Debtor                                              (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1)  Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 25-12-21 W 1/2 SE 1/4 SE 1/4 5 ACRES M/L | KS § 60-2301 | 0.00 | 145,000.00 |
| Furniture and electronics | KS § 60-2304(a) | 1,100.00 | 1,100.00 |
| Wearing apparel | KS § 60-2304(a) | 500.00 | 500.00 |
| Wedding bands | KS § 60-2304(b) | 1,000.00 | 1,000.00 |
| Ford Windstar | KS § 60-2304(c) | 1,800.00 | 1,800.00 |
| Mercury Mystique | KS § 60-2304(c) | 2,000.00 | 2,000.00 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

Nathan James Arthur & Kary DeLynn Bayless-Arthur

In re _____     Case No. _____
           Debtor                                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0629552616<br><br>ABN AMRO Mortgage Group Inc<br>2600 West Big Beaver Road<br>Troy MI 48084 | | | Lien: First Mortgage<br>Security: 25-12-21 W 1/2 SE 1/4<br>SE 1/4 5 ACRES M/L<br><br>Value $      145,000.00 | | | | 160,000.00 | 15,000.00 |
| ACCOUNT NO. | | | <br><br>Value $ | | | | | |
| ACCOUNT NO. | | | <br><br>Value $ | | | | | |
| ACCOUNT NO. | | | <br><br>Value $ | | | | | |

0
——— Continuation sheets attached

                                         Subtotal ▶ | $   160,000.00
                  (Total of this page)

                                          Total ▶ | $   160,000.00
              (Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

B6E
(Rev. 4/98)

In re ___Nathan James Arthur & Kary DeLynn Bayless-Arthur_____   Case No. _____

_____Debtor_____                                              _____(if known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of farmers and fishermen, up to $4,300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

In re **Nathan James Arthur & Kary DeLynn Bayless-Arthur**
_____
Debtor

Case No. _____
(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)  Taxes & Debts to Governments

**TYPE OF PRIORITY**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5110680924601<br><br>Sallie Mae Servicing<br>PO Box 4600<br>Wilkes-Barre PA 18776-4600 | | | Consideration: Student loan | | | | 6,625.00 | 6,625.00 |
| ACCOUNT NO. 5158410881<br><br>Sallie Mae Servicing<br>PO Box 9500<br>Wilkes-Barre PA 18776 | | | Consideration: Student loan | | | | 14,644.00 | 14,644.00 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors

Subtotal ▶ $ 21,269.00
(Total of this page)

Total ▶ $ 21,269.00
(Use only on last page of the completed Schedule E)

(Report total also on Summary of Schedules)

Bankcupty2000 ©1991-98, New Hope Software, Inc. - 30715

In re: **Nathan James Arthur & Kary DeLynn Bayless-Arthur**
Debtor

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AB May<br>2017 West 104th Street<br>Leawood KS 66206 | | | Consideration: Air conditioner | | | | 540.00 |
| ACCOUNT NO. 5491 1303 8635 4385<br><br>AT&T<br>PO Box 6917<br>The Lakes NV 88901 | | | Consideration: Credit card debt | | | | 7,800.00 |
| ACCOUNT NO. 5319 0410 0490 0926<br><br>Bank of America<br>PO Box 5270<br>Carol Stream IL 60197 | | | Consideration: Credit card debt | | | | 1,340.00 |
| ACCOUNT NO.<br><br>Building Erections Services Inc<br>PO Box 970<br>Olathe KS 66051-0970 | | | Consideration: Steel beams | | | | 3,100.00 |

_3_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal ▶ | $ | 12,780.00 |
| Total ▶ | $ | |

(Report total also on Summary of Schedules)

Bankrupcy2000 ©1991-98, New Hope Software, Inc. - 30715

In re Nathan James Arthur & Kary DeLynn Bayless-Arthur

Debtor

Case No. _____

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5491-0474-2017-7384<br><br>Chase<br>PO Box 52195<br>Phoenix AZ 85072 | | | Consideration: Credit card debt | | | | 6,885.00 |
| ACCOUNT NO. 5263 4000 3053 5291<br><br>Chase<br>PO Box 52195<br>Phoenix AZ 85072 | | | Consideration: Credit card debt | | | | 7,000.00 |
| ACCOUNT NO. 5424 1808 3912 3046<br><br>Citi Cards<br>PO Box 6418<br>The Lakes NV 88901 | | | Consideration: Credit card debt | | | | 1,190.00 |
| ACCOUNT NO. 4128 0037 4611 2252<br><br>Citibank<br>c/o United Recovery<br>PO Box 722929<br>Houston TX 77272-2929 | | | Consideration: Credit card debt | | | | 11,550.00 |
| ACCOUNT NO. 5424 1803 4735 2715<br><br>Citibank<br>PO Box 6417<br>The Lakes NV 88901 | | | Consideration: Credit card debt | | | | 9,920.00 |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors

Subtotal ▶ $ 36,545.00

Total ▶ $

(Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

**FORM B6F (Official Form 6F) (9/97)**

In re Nathan James Arthur & Kary DeLynn Bayless-Arthur _____    Case No. _____
_____
                          Debtor                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 84209-1-1 <br><br> Emergency Medicine Care LLC <br> PO Box 2705 <br> Shawnee Mission KS 66201 | | | Consideration: Medical Services | | | | 330.00 |
| ACCOUNT NO. <br><br> Eudora Air Conditioning & Refrigeration <br> 1904 Elm Street <br> Eudora KS 66025 | | | Consideration: Air conditioner install | | | | 600.00 |
| ACCOUNT NO. 4417 1680 0125 1952 <br><br> First USA <br> PO Box 94014 <br> Palatine IL 60094 | | | Consideration: Credit card debt | | | | 2,500.00 |
| ACCOUNT NO. N4F03140000030 <br><br> Food & Wine <br> c/o North Shore Agency <br> PO Box 8901 <br> Westbury NY 11590-8901 | | | Consideration: Revolving charge account | | | | 20.00 |
| ACCOUNT NO. Ref 7666 <br><br> Iseman Homes <br> PO Box 5042 <br> Sioux Falls SD 57117-5042 | | | | | | | 0.00 |

Sheet no. _2_ of _3_ sheets attached to Schedule of Creditors

                                                               Subtotal ▶ $        3,450.00

                                                                    Total ▶ $

(Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

**FORM B6F (Official Form 6F) (9/97)**

In re  Nathan James Arthur & Kary DeLynn Bayless-Arthur
_____
Debtor

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 749 81022 423 646 <br><br> MBNA America <br> PO Box 15102 <br> Wilmington DE 19886 | | | Consideration: Credit card debt | | | | 9,100.00 |
| ACCOUNT NO. 4264 2911 4249 5819 <br><br> MBNA America <br> PO Box 15137 <br> Wilmington DE 19886 | | | Consideration: Credit card debt | | | | 7,200.00 |
| ACCOUNT NO. 11529682 <br><br> Olathe Medical Center <br> 20333 West 151st Street <br> Olathe KS 66061 | | | Consideration: Medical Services | | | | 65.00 |
| ACCOUNT NO. 3041290 <br><br> Untied Imaging Consultants LLC <br> 5700 Broadmoor <br> Suite 900 <br> Mission KS 66202 | | | Consideration: Medical Services | | | | 15.00 |
| ACCOUNT NO. 511689246 <br><br> Womens Clinic of Johnson County <br> Lock Box 410465 <br> Kansas City MO 64141 | | | Consideration: Medical Services | | | | 300.00 |

Sheet no. _3_ of _3_ sheets attached to Schedule of Creditors

Subtotal ▶ | $ | 16,680.00

Total ▶ | $ | 69,455.00

(Report total also on Summary of Schedules)

*Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715*

Nathan James Arthur & Kary DeLynn Bayless-Arthur

In re _____     · Case No. _____

DEBTOR                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. · 30715

Nathan James Arthur & Kary DeLynn Bayless-Arthur

In re _____     Case No. _____
                    Debtor                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

FORM B6I
(6/90)

In re Nathan James Arthur & Kary DeLynn Bayless-Arthur

Case No _____
_____
Debtor                                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | Quenten Kieffaber | 12 | son |
| | Jaxon Arthur | 2 | son |
| | Isabella Arthur | 1 | daughter |

| **EMPLOYMENT:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Lab Supervisor | None |
| Name of Employer | PRA International | |
| How long employed | 3.5 years | |
| Address of Employer | 16300 College Lenexa, KS 66219 | |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2,500.00 | $ 0.00 |
| Estimated monthly overtime | $ 100.00 | $ 0.00 |
| SUBTOTAL | $ 2,600.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 700.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) _____ | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 700.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,900.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ | $ |
| (Specify) _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,900.00 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME $ _____ 1,900.00     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

FORM B6J
(6/90)

Nathan James Arthur & Kary DeLynn Bayless-Arthur

In re _____ ,          Case No. _____
                          Debtor                                                           (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,080.00 |
| Are real estate taxes included?      Yes ✓      No _____ | |
| Is property insurance included?      Yes ✓      No _____ | |
| Utilities    Electricity and heating fuel | $ 200.00 |
|                   Water and sewer | $ 50.00 |
|                   Telephone | $ 100.00 |
|                   Other   cable | $ 20.00 |
| Home maintenance (Repairs and upkeep) | $ 50.00 |
| Food | $ 800.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 50.00 |
| Medical and dental expenses | $ 20.00 |
| Transportation (not including car payments) | $ 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|                   Homeowner's or renter's | $ 0.00 |
|                   Life | $ 200.00 |
|                   Health | $ 75.00 |
|                   Auto | $ 60.00 |
|                   Other _____ | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|                   Auto | $ 0.00 |
|                   Other _____ | $ 0.00 |
|                   Other _____ | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other _____ | $ 0.00 |

| | |
|---|---|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,055.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ N.A. |
| B.  Total projected monthly expenses | $ N.A. |
| C.  Excess income (A minus B) | $ N.A. |
| D.  Total amount to be paid into plan each _____ N.A. _____ | $ N.A. |
|                                                                    (interval) | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## DISTRICT OF KANSAS

Nathan James Arthur & Kary DeLynn Bayless-Arthur

In re _____     Case No. _____
       Debtor                                          (If known)

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 145,000.00 | | |
| B - Personal Property | YES | 3 | $ 6,400.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 160,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 21,269.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 69,455.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,900.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 3,055.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 16 | | | |
| Total Assets ▶ | | | 151,400.00 | | |
| Total Liabilities ▶ | | | | 250,724.00 | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

Form B6-Cont.
(12/94)

In re  Nathan James Arthur & Kary DeLynn Bayless-Arthur
_____,      Case No. _____
                    Debtor                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 17
sheets and that they are true and correct to the best of my knowledge, information and belief.      (Total shown on summary page plus 1)

Date  03/24/04                          Signature _____
                                                              Debtor

Date  03/24/04                          Signature _____
                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____      _____
Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____      _____
Signature of Bankruptcy Petition Preparer      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF KANSAS

In Re <u>Nathan James Arthur & Kary DeLynn Bayless-Arthur</u>

(Name)

Debtor

Case No. _____

(If known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 16-21.  If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In Business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. §101.

### 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE (if more than one) |
|---|---|---|---|
| 2004(H) | 7,911 | PRA | |
| 2003(H) | 35,000 | PRA | |
| 2002(H) | 35,000 | PRA | |
| 2004(W) | | | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

|          | AMOUNT | SOURCE (if more than one) |
|----------|--------|---------------------------|
| 2003(W)  | 6,400  | Barley's                  |
| 2002(W)  | 6,100  | Johnny's Tavern           |

### 2. Income other than from employment or operation of business

None


State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|          AMOUNT          |          SOURCE          |
|-------------------------|--------------------------|

### 3. Payments to Creditors

None


a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None

b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-------------------|-------------|--------------------|

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

**4a. Suits and administrative proceedings, executions, garnishments and attachments**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
☐        preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND<br>CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| Building Erection Services<br>Company, Inc<br>vs.<br>Kary Arthur, et al.<br>04CV01645 | Collection | District Court<br>Johnson County, Kansas | Pending |
| 03ML303 | Mechanic's Lien | District Court<br>Johnson County, Kansas | Pending |

None    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one
☒        year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON<br>FOR WHOSE BENEFIT PROPERTY<br>WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒        lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSESSION,<br>FORECLOSURE SALE, TRANSFER<br>OR RETURN | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

### 6a. Assignments and Receiverships

None

a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None

b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & CASE NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.   Gifts

None

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.   Losses

None

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

**9. Payments related to debt counseling or bankruptcy**

None ☐     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case or since the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Neal E. Fowles<br>115 South Kansas Avenue<br>Olathe, Kansas 66061 | 3/9/04 | 800.00 |

**10. Other transfers**

None ☒     a.     List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ☐     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Commerce Bank<br>11900 Strang Line Road<br>Olathe, KS 66062 | Savings account<br>590968050 | Closed: 9/26/2003<br>Balance: 0 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

**12. Safe deposit boxes**

None ☒

    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 9680 Lexington Avenue<br>Apt. 201A<br>DeSoto, KS | | 1/01 thru 1/03 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

**16. Spouses and Former Spouses**

None
[X]     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

_____

**17. Environmental Information**
For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything as a hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

_____

None
[X]     a. List the name and address of every site for which the debtor has received notice in writing be a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

_____

None
[X]     b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

_____

None
[X]     c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

<strong>[Questions 18-23 are not applicable to this case]</strong><br>* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___03/24/04___          Signature
                             of Debtor       _____
                                             NATHAN JAMES ARTHUR

Date ___03/24/04___          Signature
                             of Joint Debtor _____
                                             KARY DELYNN ARTHUR

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*
*11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

___0___  continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

Form B8 (Official Form 8)
(9/97)

# Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF KANSAS

In re    Nathan James Arthur & Kary DeLynn     ,     Case No. _____

      Bayless-Arthur       **Debtor**

Chapter     **Chapter 7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. We intend to do the following with respect to the property of the estate which secures those consumer debts:

    *a. Property to Be Surrendered.*

    **Description of Property**            **Creditor's name**

NONE

    *b. Property to Be Retained.*           *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| NONE | | | | |

Date: 03/24/04

Signature of Debtor     NATHAN JAMES ARTHUR

Date: 03/24/04

Signature of Joint Debtor     KARY DELYNN ARTHUR

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____       _____
Printed or Typed Name of Bankruptcy Petition Preparer       Social Security No.

_____

Address
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____       _____
Signature of Bankruptcy Petition Preparer       Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30715

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:                                  )
                                        )
NATHAN JAMES ARTHUR and                 )        Case No. _____
KARY DELYNN BAYLESS,                    )
                    Debtors.            )

## ATTORNEY FEE AGREEMENT

I understand and accept the following terms:

1.    The standard fee for my Chapter 7 bankruptcy is $800.00, and the filing fee is $209.00. The fees have been paid as follows: filing fee paid prior to filing; attorney fee paid prior to filing. Additional charges may be incurred for delays beyond three months of this agreement.

The standard fee covers general counseling concerning my rights under bankruptcy law, the preparation of my petition and schedules, representing me at the meeting of creditors, representing me at the discharge hearing, if necessary, and answering any questions I may have concerning this procedure. Unless otherwise agreed, my attorney's obligation to represent me in this bankruptcy will end upon the granting or denial of my discharge.

2.    In some cases, additional court appearances or other work may be necessary to resolve unusual problems, including but not limited to, adversary proceedings or objections to discharge. In the even that an adversary proceeding is filed against me, whether our attorney is under no obligation to defend nor represent us in such proceedings. Arrangements for additional representation in such proceedings must be made separately. Any unusual circumstances will be discussed between us and our attorney, and appropriate fee arrangements shall be arrived at before representation proceeds. Such matter categorically relating to this additional fee shall include, but will not be limited to:

a. Adversary proceedings;
b. Objections to discharge;
c. 2004 examinations;
d. Contested requests for turnover matters;
e. Representation regarding objection to claimed exemptions;
f. Any and all actions to be contested, seeking relief from the automatic stay;
g. Chapter 13 modifications:
   (1) Authorization to incur additional debts;
   (2) Extension and/or modification of payment plan;
   (3) Conversion of Chapter 13 action to Chapter 7, and vice versa;
   (4) Applications to abate plan payments;
   (5) motions to dismiss for failure to pay plan payments or for failure to file tax returns.

3.     It is further understood and agreed that all attorney fees, both standard and/or additional, must be without exception, paid in full upon the discharge, dismissal, and/or completion of the Chapter 13 Plan (if applicable). Should any sums remain due thereafter, the same, in full, shall be defined as due and shall bear and accrue interest thereon at the rate of 1.5% per month and/or 18% per annum until the entire account is paid in full. In addition, any attorney fees incurred as and for collection of any unpaid accounts, by way of litigation, may be assessed along with any court costs and interest, until the entire sum is paid in full.

UNDERSTOOD AND ACCEPTED THIS 24 DAY OF MARCH, 2004.

_____
NATHAN JAMES ARTHUR

_____
KARY DELYNN ARTHUR

# DISCLOSURE OF COMPENSATION -- Rule 2016 (b)

    1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is $800.00. The source of the compensation paid, or to be paid to me was the debtor.

Date _3-26-04_        Signature _Neal E. Fowles_

                                      Neal E. Fowles