Form fnldec   (Revised 11/30/2003)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  04–21177                                      Chapter:  7

In re:

Nathan James Arthur                                          Kary DeLynn Arthur
37630 West 87th                                              aka     Kary DeLynn Bayless
DeSoto, KS 66018                                             37630 West 87th
                                                             DeSoto, KS 66018
SSN: xxx–xx–1088
                                                             SSN: xxx–xx–9246

| Entered By The Court 7/29/05 | FINAL DECREE | Filed By The Court 7/29/05 Fred Jamison Clerk of Court US Bankruptcy Court |

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Steven R Rebein is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 8

/s/ Robert D. Berger
United States Bankruptcy Judge